## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: GLR-15-274

Plaintiff:
**AMERICAN AIRLINES FEDERAL CREDIT UNION**

vs.

Defendant:
**MICHAEL SULLIVAN, LORRAINE SULLIVAN**

Received by ESQ Process Servers to be served on **Lorraine Sullivan, 5741 Foxwood Crossing, New Market, MD 21774**.

I, Richard Stone, being duly sworn, depose and say that on the **22nd day of February, 2015** at **5:19 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS** with the date and hour of service endorsed herein by me, to: **Lorraine Sullivan** at the address of: **5741 Foxwood Crossing, New Market, MD 21774**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 100, Hair: Red, Glasses: N

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 23rd day of February, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

MARINA L. CARRERO
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 6/11/2016

Richard Stone
Process Server

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350

Our Job Serial Number: LES-2015001329
Ref: 15-1581
Service Fee: $60.00

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| American Airlines Federal Credit Union | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  GLR-14-274 |
| Michael Sullivan and Lorraine Sullivan | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lorraine Sullivan, 5741 Foxwood Crossing, New Market, Maryland 21774

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Bradley T. Canter, Esq.
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Attorney for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/2/15

Felicia C. Cannon

*Signature of Clerk or Deputy Clerk*