IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN AIRLINES FEDERAL CREDIT
UNION

                                                                          CIVIL ACTION NO.:
                    Plaintiffs,                        15-cv-00274-GLR

      v.

LORRAINE SULLIVAN

                    Defendant.

## CLERKS ENTRY OF DEFAULT

It appearing from the Affidavit of Bradley Todd Canter and the Affidavit of Service on file in the above-captioned action, that the Amended Complaint was properly served upon the above named Defendant on February 22, 2015, and that the time for said Defendant to plead or otherwise defend expired on March 16, 2015, and that said Defendant has failed to plead or otherwise defend as directed in said Summons, and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiffs, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said Defendant is entered this 30th day of April, 2015

                                                   FELICIA C. CANNON, CLERK OF COURT

                                                   By: _____/s/_____
                                                   Jakiba Herndon, Deputy Clerk