IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| AMERICAN AIRLINES FEDERAL CREDIT UNION, | § § § |
| Plaintiff, | § CIVIL ACTION NO. 1:15-cv-00274-GLR § § |
| VS. | § § |
| MICHAEL SULLIVAN AND LORRAINE SULLIVAN, | § § § |
| Defendants. | § § |

**STATUS REPORT AS TO DEFENDANT LORRAINE SULLIVAN**

COMES NOW, Plaintiff, AMERICAN AIRLINES FEDERAL CREDIT UNION, by and through counsel, and pursuant to this Court's November 23, 2015 Order, submits this status report on Defendant Lorraine Sullivan's bankruptcy:

1. On November 23, 2015, this Court Ordered Plaintiff to file a status report on the pending bankruptcy case of Defendant Lorraine Sullivan. [ECF No. 25].

2. Defendant Lorraine Sullivan filed a bankruptcy petition in the United States District Court for the District of Maryland on May 28, 2015, Case No. 15-17635 PM. [ECF No. 21].

3. On September 14, 2015, the Bankruptcy Court issued an Order Discharging Debtor and the bankruptcy case was terminated on September 17, 2015.

4. Therefore, Defendant Lorraine Sullivan is no longer a party to this instant case.

5. Simultaneously with the filing of this Status Report, Plaintiff has filed a Motion for Default Judgment as to Defendant Michael Sullivan.

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC

By:   /s/ Bradley T. Canter
      Bradley T. Canter
      Maryland Bar No. 18995

200-A Monroe Street, #104
Rockville, MD 20850
(301) 424-7490 Telephone
bcanter@roncanterllc.com


CANTEY HANGER LLP
Bruce W. Akerly
Texas Bar No. 00953200
1999 Bryan Street, Suite 3300
Dallas, Texas 75201
(214) 978-4129 Telephone
bakerly@canteyhanger.com
(Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFF AMERICAN AIRLINES
FEDERAL CREDIT UNION

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 30th day of November, 2015 to:

Michael Sullivan
5741 Foxwood Crossing
New Market, Maryland 21774
*Defendant*

                                            /s/ Bradley T. Canter
                                            Bradley T. Canter, Esq.