IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES FEDERAL CREDIT UNION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:15-cv-00274-GLR |
| VS. | § § | |
| MICHAEL SULLIVAN AND LORRAINE SULLIVAN, | § § § | |
| Defendants. | § § | |

ORDER

UPON CONSIDERATION of Plaintiff's Motion for Default Judgment as to Defendant Michael Sullivan, and for good cause shown, it is this 12th day of January, 2016;

**ORDERED**, that the Motion is hereby **GRANTED**,

**ORDERED**, that the Clerk shall enter judgment in favor of Plaintiff and against Defendant Michael Sullivan as follows:

| | |
|---|---|
| Judgment Amount: | $151,955.69 |
| Pre-judgment Interest: | $ 21,606.85 |
| Attorneys' Fees: | $ 4,023.00 |

George L. Russell, III
United States District Judge